```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

JOYCE VITALE,                     )
    Plaintiff,                    )
                                        )
    v.                            )   Civil Action No. 03-1117
                                        )
LATROBE AREA HOSPITAL,            )
    Defendant.                    )

## ORDER

AND NOW, this 12th day of April, 2006, in accordance with the mandate of the United States Court of Appeals for the Third Circuit, issued September 20, 2005, IT IS HEREBY ORDERED that the judgment entered July 19, 2004 is hereby VACATED.

IT IS FURTHER ORDERED that, in accordance with Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of defendant, Latrobe Area Hospital, and against plaintiff, Joyce Vitale.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this case closed.

BY THE COURT:

_____, J.

cc: all counsel of record